UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID SCOTT HARRISON,<br><br>　　Plaintiff,<br><br>　v.<br><br>S. KERNAN, et al.,<br><br>　　Defendants. | Case No. 16-cv-07103-NJV<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL**<br><br>Re: Dkt. Nos. 31, 33, 34 |

On April 19, 2017, the court entered an order denying Plaintiff's Motion for Relief from Scheduling Order and granting Defendants' Motion to Stay Discovery. (Doc. 29.) Pursuant to that order, discovery is stayed in this case pending resolution of the parties' motions for summary judgment.

On April 24, 2017, Plaintiff filed a Motion to Compel Defendant Scott Kernan to Respond to Plaintiff's First Set of Discovery Requests, along with a motion to file a fifty-two page memorandum in support of that motion. (Doc. 31, 33.) Also on April 24, 2017, Plaintiff filed a Motion to Compel Defendant Jeffrey Beard to Respond to Plaintiff's First Set of Discovery Requests. (Doc. 34.) Because discovery in this case is stayed pursuant to the court's prior order, Plaintiff's motions are HEREBY DENIED without prejudice to Plaintiff's right to reassert his motions after the court rules on the motions for summary judgment.

**IT IS SO ORDERED**.

Dated: April 27, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge